IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MELISSA COONE

VS.                                                         CIVIL ACTION NO. 5:04cv178-KS-MTP

SPEEDEE CASH OF MISSISSIPPI, INC.

## JUDGMENT OF DISMISSAL

This cause came on for hearing following ruling on appeal by the United States Circuit Court for the Fifth Circuit and the Court finding that there is nothing further to be adjudicated and the order assessing costs has been set aside, finds that the claim of Melissa Coone should be dismissed with prejudice.

NOW, THEREFORE, IT IS HEREBY ORDERED that the above styled and numbered cause be and the same is finally hereby dismissed pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this, the 2nd day of October, 2007.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE